IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LAJEANNA J. LEE | § | |
| v. | § | CIVIL ACTION NO. 6:10cv181 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the decision of the Commissioner be reversed and remanded for further consideration of Plaintiff's evidence submitted after the Administrative Law Judge's decision. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the decision of the Commissioner is hereby **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the findings herein. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So ORDERED and SIGNED this 16th day of March, 2012.

        **LEONARD DAVIS**
        **UNITED STATES DISTRICT JUDGE**